**WESTBROOK STATE BANK,**
Respondent,

v.

Everett JOHNSON, et al., Petitioners,

Federal Land Bank of St. Paul, et al., Defendants.

No. C5-84-696.

Supreme Court of Minnesota.

Nov. 5, 1985.

## ORDER

It now appearing that the petition for further review of the decision of the court of appeals in this matter was improvidently granted by this court,

IT IS HEREBY ORDERED that the March 13, 1985 order of this court, 364 N.W.2d 786, granting review of the November 27, 1984 opinion of the court of appeals be, and the same is, vacated.